UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-2(c)

LAW OFFICE OF RONALD E. NORMAN, LLC
WASHINGTON PROFESSIONAL CAMPUS II
901 ROUTE 168, SUITE 407A
TURNERSVILLE, NEW JERSEY 08012
(856)374-3100
RN 5209

Order Filed on 4/26/2011 by Clerk U.S. Bankruptcy Court District of New Jersey

In Re:
Mark Lawless

Case No.: 07-28338

Chapter: 13

Hearing Date:

Judge: Michael B. Kaplan

## ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following pages, numbered two (2) through ____2____ is hereby **ORDERED**.

**DATED: 4/26/2011**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

The applicant having certified that legal work supplemental to basic Chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that _____Ronald E Norman_____, the applicant, is allowed a fee of $ _____1,000.00_____ for services rendered and expenses in the amount of $_____0.00_____ for a total of $_____1,000.00_____ . The allowance shall be payable:

- ☑ through the Chapter 13 plan as an administrative priority.
- ☐ outside the plan.

The debtor's monthly plan is modified to require a payment of $____858.00____ per month for ___2___ months to allow for payment of the aforesaid fee.

*Approved by Judge Michael Kaplan April 26, 2011*